IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  10-cv-02256-CMA-BNB

SAFDR NEIL LILAK,

Plaintiff,

v.

PFIZER CORPORATION, INC.,

Defendant.
_____

# ORDER
_____

The plaintiff initiated this action, *pro se*, by the filing of a complaint.  [Doc. #1, filed 09/15/2010].  The district judge has ordered the plaintiff to effect service of the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure by no later than October 20, 2010, and has referred the case to me for pretrial proceedings.  [Doc. #3].

On September 15, 2010, the plaintiff filed a "Certificate of Service & Mail." [Doc. #2]. The Certificate states that the plaintiff has "mailed by United States Postal Service, Certified mail, E-mail, or by electronic submittal, the document" to the defendant's legal department in New York.  Under the Federal Rules of Civil Procedure, a domestic corporation must be served "by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and--if the agent is one authorized by statute and the statute so requires--by also mailing a copy of each to the defendant" or by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is

made." Fed. R. Civ. P. 4(h). The Colorado Rules of Civil Procedure provide for service of a corporation by several means, including "delivering a copy thereof to the registered agent for service as set forth in the most recently filed document in the records of the secretary of state." Colo. R. Civ. P. 4(e)(4). The rules do not provide for service by mail or by electronic means. Accordingly,

IT IS ORDERED that the plaintiff shall file proof that he has properly served the defendant pursuant to Rule 4, Fed. R. Civ. P., on or before the date required by the district judge.

Dated September 22, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge